# NO. 12-19-00188-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *INTERTEK ASSET INTEGRITY MANAGEMENT, INC., APPELLANT* | § | *APPEAL FROM THE 7TH* |
| | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *DARRIN TODD DIRKSEN, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

Appellee, Darrin Todd Dirksen, filed an unopposed motion to dismiss this appeal. The parties agree that the appeal has become moot. No decision has been delivered in this appeal. Accordingly, Appellee's motion to dismiss is granted, and the appeal is ***dismissed as moot***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered March 18, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 18, 2020**

**NO. 12-19-00188-CV**

**INTERTEK ASSET INTEGRITY MANAGEMENT, INC.,**
Appellant
V.
**DARRIN TODD DIRKSEN,**
Appellee

Appeal from the 7th District Court

of Smith County, Texas (Tr.Ct.No. 19-1029-A)

THIS CAUSE came to be heard on the motion of the Appellee, Darrin Todd Dirksen, to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed as moot,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*